DOA
11-9-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sergio Daniel Gastelum-Garcia,<br>(A 205 915 325)<br>*Defendant* | )<br>)<br>)  Case No. 16-8471 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 8, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan Hornok

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2016

*Judge's signature*

City and state:   Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Count 1

On November 8, 2016, Sergio Daniel Gastelum-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 12, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## Count 2

On November 8, 2016, at or near Phoenix, in the District of Arizona, Sergio Daniel Gastelum-Garcia, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 8, 2016, the Phoenix Police Department (PPD) encountered Sergio Daniel Gastelum-Garcia during a call for a possible drop house on North 77th Drive, in Phoenix, Arizona. PPD Officer Camblin suspected Sergio Daniel Gastelum-Garcia to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer D. Rayner telephonically interviewed Gastelum-Garcia and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Gastelum-Garcia was transported to the Phoenix ICE office for further investigation and processing. Gastelum-Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Sergio Daniel Gastelum-Garcia to be a citizen of Mexico and a previously deported criminal alien. Gastelum-Garcia was removed

2

from the United States to Mexico through Nogales, Arizona, on or about June 12, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Gastelum-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gastelum-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Sergio Daniel Gastelum-Garcia in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Gastelum-Garcia presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Gastelum-Garcia entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Gastelum-Garcia's immigration history was matched to him by electronic fingerprint comparison.

5. On November 9, 2016, Sergio Daniel Gastelum-Garcia was advised of his constitutional rights. Gastelum-Garcia freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 8, 2016, Sergio Daniel Gastelum-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 12, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 8, 2016, at or near Phoenix, in the District of Arizona, Gastelum-Garcia, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 10th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge

4